The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAOUL V. NORMANDIA, JR.,<br><br>Defendant. | NO.   MJ20-213<br><br>ORDER AUTHORIZING DETENTION<br>PENDING INITIAL APPEARANCE |

TO:   The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, RAOUL V. NORMANDIA, JR., violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

DATED this 25th day of April, 2020.

J. RICHARD CREATURA
United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
*United States v. Normandia*, USAO #2020R00363

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970