UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

　　v.

RAOUL V. NORMANDIA, Jr.,,

　　　　　　　　　Defendant.

CASE NO. MJ20-213

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with possession of controlled substances with the intent to distribute. This is a disturbing case. The government alleges defendant is the source of fentanyl laced pills that a codefendant distributed to a sailor in the U.S. Navy, and which killed the sailor. When defendant was arrested, he was in a Lexus with a felon who was armed with a firearm. Police found 67 grams of cocaine in the Lexus. A search of defendant's residence yielded two firearms, large amounts of cash, body armor, numerous cell phones, measuring and packaging material, cocaine, MDMA, and suspected fentanyl. This is also a very sad case. Defendant has family members who love and support him, and defendant has minimal criminal history.

DETENTION ORDER - 1

Defendant stated to the Court he loves his family and wants to make amends for mistakes he has made. However, in view of the seriousness of the offense, defendant's association with armed felons, and possession of drugs, money and firearms, the Court concludes that defendant poses a risk to the community and should be detained.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of April, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2