The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAOUL V. NORMANDIA, JR.,<br><br>Defendant. | No. CR20-110-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. $10,369 in U.S. Currency seized from Defendant Normandia's residence on or about April 24, 2020;

2. A FHN 5.7 handgun, serial number 386232317;

3. A Bushmaster XM15-E2S rifle, serial number L241955; and

4. Any associated ammunition.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Raoul V. Normandia,* CR20-110-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. In the Plea Agreement Defendant Normandia entered on April 20, 2021, 2020, he agreed to forfeit his interest in the above-identified property as proceeds of and/or property that facilitated his commission of Conspiracy to Distribute Fentanyl, in violation of 18 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and Possession of MDMA and Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and/or as property involved in his commission of Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A), to which he entered a guilty plea (Dkt. No. 97, ¶ 13);

2. On May 14, 2021, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 120);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 128), and also provided direct notice to identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, <u>Exhibits A, B, C, D & E</u>); and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

Final Order of Forfeiture - 2
*United States v. Raoul V. Normandia,* CR20-110-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, Naval Criminal Investigative Service, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this  5th  day of  November , 2021.

*[signature]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Raoul V. Normandia,* CR20-110-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970